James T. Derfler (SBN 180367)
WALSH MCKEAN FURCOLO LLP
550 West C Street, Suite 950
San Diego, CA  92101-8569
Telephone: (619) 232-8486
Facsimile: (619) 232-2691
jderfler@wmfllp.com

Attorneys for Plaintiff
ADMIRAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FUSION PACIFIC, INC., a California corporation,<br><br>Defendant. | **CASE NO. 5:22-cv-00109 SB (SHKx)**<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:  February 27, 2023<br><br>District Judge:<br>Hon. Stanley Blumenfeld Jr.<br><br>Magistrate Judge:<br>Hon. Shashi H. Kewalramani |

**TO THE COURT**:

The parties reached a settlement of the entire case at the Court-ordered private mediation which occurred on December 7, 2022.

The settlement is subject to the terms of a written Settlement Agreement And Release (SA&R) agreed to by the parties.  The parties will appear at the Post-

WALSH MCKEAN FURCOLO LLP
550 WEST C STREET
SUITE 950
SAN DIEGO, CALIFORNIA
92101-8569
TELEPHONE (619) 232-8486

1

NOTICE OF SETTLEMENT
Case No. 5:22-cv-00109 SB (SHKx)

Settlement Status Conference currently scheduled for December 23, 2023 to advise the Court of the status of the SA&R and a stipulation for dismissal of the action.

DATED: December 8, 2022   WALSH MCKEAN FURCOLO LLP


By: */s/ James T. Derfler*
REGAN FURCOLO
JAMES T. DERFLER
Attorneys for Plaintiff
ADMIRAL INSURANCE COMPANY

WALSH MCKEAN FURCOLO LLP
550 WEST C STREET
SUITE 950
SAN DIEGO, CALIFORNIA
92101-8569
TELEPHONE (619) 232-8486

2
NOTICE OF SETTLEMENT
Case No. 5:22-cv-00109 SB (SHKx)